UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL SHERIFAW,**<br>              Plaintiff,<br><br>vs.<br><br>**SYDNEY FOOD LLC 138<br>and GRADE, INC.**<br>              Defendants. | **CIVIL ACTION FILE**<br><br>**NO. 1: 16-cv-01449-ELR** |

## J U D G M E N T

Defendants having presented plaintiff with an offer of judgment to allow judgment to be taken against them, in which the plaintiff has accepted in accordance with Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff MICHAEL SHERIFAW, against the defendants SYDNEY FOOD LLC 138 and GRADE, INC., for the sum of $7,000.00 plus attorney's fees, costs and expenses.

Dated at Atlanta, Georgia, this 17th day of October, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: *s/Jennifer Lee*
      Jennifer Lee, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 17, 2016
James N. Hatten
Clerk of Court

By: *s/Jennifer Lee*
         Deputy Clerk